**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
LISA ZAINO,

                Plaintiff,                      25-CV-5806 (OTW)

                -against-                    **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Plaintiff's Motion for Extension of Time at ECF 10.

Plaintiff's request for an extension is **GRANTED.** Parties are directed to meet and confer after the lapse in appropriations is over, and propose a new briefing schedule at that time.

The Clerk of Court is respectfully directed to close ECF 10.

**SO ORDERED.**

                                                                *s/ Ona T. Wang*

Dated: October 8, 2025                              **Ona T. Wang**
       New York, New York                    United States Magistrate Judge