**MEMO ENDORSED.**

# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                              dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                ltrust@osbornlawpc.com

November 14, 2025

**VIA ECF**

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

         Re:    *Zaino v. Commissioner of Social Security,*
                  Civil Action 1:25-cv-05806-OTW

Dear Judge Wang,

     We write on behalf of plaintiff, Lisa Zaino, regarding our October 7, 2025 request for extension of time to file and the October 8, 2025 Court Order granting the request. Per the Order, the Parties have met and conferred and have agreed to the schedule that was proposed and granted by the Court.

     Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file her motion for judgment on the pleadings on or before **January 13, 2025**;

2. Defendant to file its response/cross-motion on or before **April 13, 2026**; and

3. Plaintiff to file her reply (if any) on or before ~~**April 27, 2025.**~~

                                                     **April 27, 2026**
                                                     **-OTW**

43 West 43rd Street, Suite 131      Telephone 212-725-9800      osbornlawpc.com
New York, New York 10036        Facsimile 212-500-5115       info@osbornlawpc.com

Honorable Ona T. Wang
November 14, 2025
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

**Application GRANTED.**

**SO ORDERED.**

s/Daniel A. Osborn
_____
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:   212-725-9800
Facsimile:   212-500-5115
dosborn@osbornlawpc.com

_____
Ona T. Wang          November 14, 2025
U.S.M.J.

cc: Padma Ghatage, Esq. (by ECF)