**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 LISA ZAINO,

|                    |  |                          |
|--------------------|--|--------------------------|

Plaintiff,                    25 **CIVIL** 05806 (OTW)

-v-                                        **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

Defendant.
-------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated March 25, 2026, the Commissioner's decision

be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner

of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further

administrative proceedings and a new decision pursuant to the fourth sentence of 42 U.S.C. §

405(g). See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

        March 25, 2026


                                **TAMMI M. HELLWIG**
                                _____
                                    **Clerk of Court**

                **BY:**
                                _____
                                    **Deputy Clerk**